KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JEFFREY D. NEDROW (CSBN 161299)
Assistant United States Attorney

      150 Almaden Boulevard, Suite 900
      San Jose, California 95113
      Telephone: (408) 535-5045

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                   Plaintiff,  )<br>   v.  )<br>ROBERT RAY BOYD,  )<br>                  Defendant.  ) | No. CR 06-00301-JW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER RE: CONTINUANCE OF<br><u>SENTENCING HEARING</u> |

The parties, by and through their counsel of record, hereby stipulate to the following:

1. The parties request that the Court continue the sentencing hearing presently set for January 8, 2007 to January 29, 2007.

2. The parties stipulate and request that the Court find the following as a factual basis for continuing the sentencing:

Government counsel will be unavailable from December 22, 2006 to January 5, 2007 and thus unavailable to review the final Presentence Report and provide a sentencing recommendation for the currently scheduled January 8, 2007 sentencing hearing. The continuance is requested to afford the government an opportunity to respond to receive the final Presentence Report, and appropriately prepare for sentencing.

STIPULATION
CR 06-00301-JW

3. For the above-described reasons, the parties respectfully request a continuance of the sentencing hearing from January 8, 2007 to January 29, 2007 at 1:30 p.m.  The probation officer has been advised of this requested continuance, and has stated that he has no opposition.

                                        KEVIN V. RYAN
                                        United States Attorney

\_\_12/21/06\_\_                          /S/
DATE                                JEFFREY D. NEDROW
                                      Assistant United States Attorney

\_12/21/06\_\_\_                          /S/
DATE                                MARY CONN
                                      Attorney for Defendant
                                      Robert Ray Boyd

STIPULATION
CR 06-00301-JW                              2

1
2
3
4
5
6
7
8
9                          UNITED STATES DISTRICT COURT
10                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

11   UNITED STATES OF AMERICA,        )    No. CR 06-00301-JW
                                      )
12              Plaintiff,            )
                                      )    ORDER RE: CONTINUANCE OF
13        v.                          )    SENTENCING HEARING
                                      )
14   ROBERT RAY BOYD,                 )
                                      )
15              Defendant.            )
     _____)

16
17       FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN

18   THE PARTIES, IT IS HEREBY ORDERED that the January 8, 2007 to January 29, 2007.

19   DATE: __Dec 22 2006____   _____
20                             JAMES WARE
                               UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28

STIPULATION
CR 06-00301-JW                         3